1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH W. SHUMAN**<br>xxx-xx-7346<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 12-949 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from September 17, 2012, to October 17, 2012.   Plaintiff's counsel has two other briefs due within five days of the due date for Mr. Shuman's brief and needs to extend the due date for his summary judgment motion.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: September 12, 2012 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | | Attorney for Plaintiff |

Dated: September 12, 2012                Benjamin B. Wagner

                                         United States Attorney

                                         Donna L. Calvert
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/ *Theophous H. Reagans*
                                         THEOPHOUS H. REAGANS

                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

 DATED:  September 14, 2012

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

2