BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH W. SHUMAN**<br>xxx-xx-7346<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 12-949 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from September 17, 2012, to October 17, 2012.    Plaintiff's counsel has two other briefs due within five days of the due date for Mr. Shuman's brief and needs to extend the due date for his summary judgment motion.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1


Dated: September 12, 2012       */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: September 12, 2012       Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 14, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE