1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH W. SHUMAN**<br>xxx-xx-7346<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  12-949 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

 IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from October 17, 2012, to , to October 30, 2012.  Plaintiff's counsel is preparing for oral argument in the 9th Circuit scheduled for October 18, 2012, and needs to extend the due date for his summary judgment motion.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: October 15, 2012 | BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: October 15, 2012 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Theophous H. Reagans*<br>THEOPHOUS H. REAGANS |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 19, 2012

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2