1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 **KENNETH W. SHUMAN**           )   Case No.  12-949 CMK
   **xxx-xx-7346**                 )
12                                 )
                                   )
13                                 )
                                   )   **STIPULATION AND**
14                                 )   **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**            )   **TIME TO FILE SUMMARY**
15                                 )   **JUDGEMENT MOTION**
   v.                              )
16                                 )
   **MICHAEL J. ASTRUE**           )
17 **Commissioner of Social Security** )
   **of the United States of America,** )
18                                 )
         **Defendant.**            )
19                                 )
   _____)
20

21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment is hereby extended from October 17, 2012, to , to October

23 30, 2012.  Plaintiff's counsel is preparing for oral argument in the 9th Circuit scheduled for October 18,

24 2012, and needs to extend the due date for his summary judgment motion.

25

26 / / / /

27 / / / /

28 / / / /

                                            1

Dated: October 15, 2012         BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: October 15, 2012         Benjamin B. Wagner

                                United States Attorney

                                Donna L. Calvert
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Theophous H. Reagans*
                                THEOPHOUS H. REAGANS

                                Special Assistant United States Attorney
                                Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: October 19, 2012

                                _____
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE