BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    theophous.reagans@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH W. SHUMAN, ) | 2:12-CV-949-CMK |
|                  Plaintiff, ) | STIPULATION AND ORDER TO EXTEND TIME |
|          v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
|                Defendant. ) | |

     The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from December 12, 2012 to January 31, 2012.  Defendant needs the extension to complete his review of the defensibility of the ALJ's decision.

     All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

                              Respectfully submitted,

Dated: December 10, 2012        *Bess M. Brewer*
                                       (Authorized via mail)
                                       BESS M. BREWER
                                       Attorney for Plaintiff

Dated: December 10, 2012        BENJAMIN B. WAGNER
                                       United States Attorney

                                       *Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

**IT IS SO ORDERED:**

 DATED: December 14, 2012

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE